IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| District of Columbia,<br>A Municipal Corporation<br>One Judiciary Square<br>441 4th St., N.W.<br>Washington, D.C. 20001,<br><br>    Plaintiff,<br><br>    v.<br><br>Destaney Taylor,<br>911 Varney St. S.E.<br>Washington, D.C. 20032,<br><br>    Defendant. | Civil Action No. _____ |

## COMPLAINT

(For declaratory and injunctive relief, and reversal of administrative order)

### JURISDICTION

1. This Court has jurisdiction over this matter pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 *et seq.* ("IDEA") and 28 U.S.C. § 1331. Declaratory relief is authorized by 28 U.S.C. §§ 2201 and 2202.

2. Plaintiff has exhausted its administrative remedies and appeals a December 13, 2013, Hearing Officer's Determination and Order ("HOD").

### PARTIES

3. Plaintiff District of Columbia is a municipal corporation.

4. Destaney Taylor is an adult who resides in the District of Columbia and has been identified by the District of Columbia Public Schools ("DCPS") as a student with a disability under the IDEA.

## FACTUAL ALLEGATIONS

5. Defendant filed an administrative due process complaint on October 24, 2013.

6. The matter proceeded to a hearing on December 2, 2013.

7. The hearing officer issued a "Hearing Officer Determination" on December 13, 2013.

8. The hearing officer concluded that DCPS had denied the student a free appropriate public education "when it failed to provide her with specialized instruction in conformity with her IEP during the 2012-2013 and 2013-2014 school years."

9. As "compensatory education," the hearing officer ordered, "The Student will be provided the opportunity, at public expense, to earn credits towards graduation through School D.  The Student will begin the program no later than January 6, 2014, and may continue in the program until October 1, 2014, in order to earn at least six credits toward graduation and participate in up to 50 community services hours necessary for graduation."

10. The hearing officer found that "School D is not a school per se but is a facilitator of special educational services that works with schools to help students with disabilities make educational progress."

## COUNT I

**(Clear Error in Application of IDEA Provisions)**

11. Plaintiff herein incorporates by reference the allegations in the above paragraphs 1-10.

12. The hearing officer committed error and violated Plaintiff's due process rights under the IDEA and District of Columbia law by failing to apply correct legal standards in rendering his decision.

13. In ordering "compensatory education," the hearing officer failed to apply appropriate legal standards including, but not limited to, specifying the services missed, identifying harm related to the missed services, and identifying how the ordered "compensatory education" is supposed address that harm.

14. In ordering "compensatory education," the hearing officer failed to identify the "compensatory education" with enough specificity to allow the District to understand what is required to comply with the order, the services that the District is required to fund, or the monetary amount that the District is obligated to fund.

15. In ordering "compensatory education," the hearing officer, instead of ordering specified services, improperly ordered that the District ensure an outcome, i.e. that Defendant will earn "at least six credits toward graduation" and "participate in up to 50 community services hours."

## **RELIEF**

WHEREFORE, Plaintiff respectfully asks that the Court grant the following relief.

1. Find that the hearing officer erred in his application of the IDEA and implementing regulations.

2. Vacate the hearing officer's order and instead order implementable and definite compensatory services pursuant to applicable legal standards, or remand to another hearing officer for a determination of such services.

Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/  *Darrell Chambers*_____
DARRELL CHAMBERS [980872]
Chief, General Litigation Section II

*/s/ Laura George*_____
LAURA GEORGE [982306]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9754 (telephone)
laura.george@dc.gov

4